UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1486 FMO (ASx) | Date | **October 18, 2021** |
|---|---|---|---|
| Title | **Shaohua Liang v. Monty Wilkinson, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:**      (In Chambers) Order Re: Sanctions or Dismissal

Pursuant to the Court's Order of July 15, 2021, the parties were required to complete a settlement conference before a private mediator no later than October 13, 2021. (See Dkt. 26, Court's Order of July 15, 2021, at 2). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id. at 3). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **October 22, 2021**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of July 15, 2021. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

                             00 : 00

Initials of Preparer      gga